RALPH SCHOENMAN v. BERKELEY
FINANCIAL CORPORATION.

September 28, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. NELSON A. MOREL.

September 28, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. WILLIE J. TAYLOR.

September 28, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. EDDIE JAMES SHELTON.

September 28, 1987.

Petition for certification denied.